MARGARET M. BOWDEN, as Trustee of Property of JULIA J. SUTFIN, Plaintiff, *v.* HEARL L. OWEN, Individually and as Executor of JULIA J. SUTFIN, Deceased, et al., Appellants, and LAWRENCE B. SUTFIN et al., Respondents, Impleaded with Others.

*Bowden* v. *Owen*, 187 App. Div. 910, affirmed.
(Argued October 15, 1919; decided November 18, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 9, 1919, affirming a judgment of Special Term settling the accounts of the plaintiff as trustee of property of Julia J. Sutfin and directing distribution of the trust fund. Julia J. Sutfin by her will left her residuary estate to a stranger in blood. Objections to probate having been made a settlement was arranged whereby the objections to probate were withdrawn and the legatee assigned one-third of the estate to a group of aunts of the testatrix and another one-third to a group of cousins. This settlement was attacked on this accounting on the ground that the aunts were next of kin and that the cousins had no right to share in the estate. The court held the agreement of settlement valid, and directed distribution to the residuary legatee and his assignees in accordance therewith.

*Robert W. Fisher* and *Henry W. Williams* for appellants.
*George H. Stenacher* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.